AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: SA18-518M | Date and time warrant executed: 10/3/2018 15:15 (3:15pm) | Copy of warrant and inventory left with: Sean Ringer |

Inventory made in the presence of:
SA Aron Klaff, and HSI Orange County OCCETF agents

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 10/4/18

_____
Executing officer's signature

Aron Klaff, Special Agent
Printed name and title

AUSA: Jake Nare, 714-338-3549

U.S. Immigration and Customs Enforcement

Homeland Security Investigations
Office of the Special Agent in Charge

501 West Ocean Boulevard, Suite 7200
Long Beach, California 90802

## SEARCH INVENTORY

Premises/Name: RINGER Residence 1271 Kenwood RD. #163I Seal Beach CA

Date: 10/3/18

| Article Item # | Description | Qty | Unit | Location |
|---|---|---|---|---|
| 001 | LG Cellphone Silver | 1 | Bag | ✓ "in Toilet" |

Page 1 of 1 Pages